# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **KEITH L. TALIAFERRO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Case No. 09-2146 |
| **CATERPILLAR MCE,** ) | |
| ) | |
| **Defendant.** ) | |

# REPORT AND RECOMMENDATION

Before the Court is Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 37 and 41 (#18). Plaintiff has not filed a response.[1] The Court has carefully reviewed the motion and the record herein. The motion describes in detail the failure of the Plaintiff to participate in the law suit that he initiated in June of 2009. Many of the deadlines established in the Court's Discovery Order have expired. It appears that Plaintiff initiated this suit requiring Defendant to spend money to defend and then ceased participating. This is totally unacceptable and should not be tolerated.

Accordingly, I recommend pursuant to authority conferred to me under 28 U.S.C. § 636(b)(1)(B) that Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 37 and 41 **(#18)** be **GRANTED** and Plaintiff's Complaint be dismissed.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within 14 working days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTER this 11th day of February, 2010.

                                                     s/ DAVID G. BERNTHAL
                                                   U.S. MAGISTRATE JUDGE

---

[1] Plaintiff did file a motion for extension of time to file the response (#20). The Court denied the request.