E-FILED
Wednesday, 03 March, 2010  04:05:08 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **KEITH TALIAFERRO,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**CATERPILLAR, INC.,** )<br>)<br>**Defendant.** ) | Case No. 09-CV-2146 |

### ORDER

A Report and Recommendation (#23) was filed by Magistrate Judge David G. Bernthal in the above cause on February 11, 2010. On February 23, 2010, pro se Plaintiff, Keith Taliaferro, filed a letter the court construed as his Objection to Report and Recommendation (#25). Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#23). This court agrees that Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 37 and 41 (#18) should be GRANTED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#23) is accepted by this court.

(2) Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 37 and 41 (#18) is GRANTED.

(3) This case is terminated.

ENTERED this 3rd day of March, 2010

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE